UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>BRISTOL-MYERS SQUIBB )<br>COMPANY, )<br>)<br>Defendant. )<br>) | Criminal Case No. 07-140 (RCL)<br><br>FILED<br>MAY 3 1 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

**ORDER**

I hereby recuse myself from this matter.

_/s/ Royce C. Lamberth_

United States District Judge Royce C. Lamberth            May 31, 2007