UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.:  07-140   (RMU) |
| | : | |
| BRISTOL-MYERS SQUIBB COMPANY, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

**FILED**

**JUN 4 – 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 4th day of June 2007,

**ORDERED** that a plea/sentencing hearing in the above-captioned case shall take place on Thursday June 7, 2007 at 2:45 pm.

**SO ORDERED.**

Ricardo M. Urbina
United States District Judge