UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 07-140 (RMU) |
| | : | |
| BRISTOL-MYERS SQUIBB COMPANY, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

FILED
JUN 5 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 5th day of June 2007,

**ORDERED** that the plea/sentencing hearing in the above-captioned case scheduled for June 7, 2007 is hereby **VACATED** and **RESCHEDULED** for June 11, 2007 at 2:00 pm.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge