IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No.:  07-140 (RMU) |
| BRISTOL-MYERS SQUIBB COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

**MOTION FOR PRO HAC VICE ADMISSION OF LORIN L. REISNER**

Pursuant to Local Criminal Rule 44.1(d), Jonathan R. Tuttle, Esquire, a member in good standing of the Bar of this Court, moves for the admission of Lorin L. Reisner, Esquire, to appear *pro hac vice* in the above-captioned proceeding as counsel for Defendant Bristol-Myers Squibb Company.

In support of this motion, attached is a declaration of Lorin L. Reisner, which certifies that Mr. Reisner:  (1) is a partner in the law firm of Debevoise & Plimpton LLP ("Debevoise") and is resident in the firm's New York office; (2) is a member in good standing in the courts of the State of New York, the U.S. District Court for the Southern District of New York, the U.S. District Court for the Eastern District of New York, the U.S. Court of Appeals for the Second Circuit, the U.S. Court of Appeals for the Fourth Circuit, the U.S. Court of Appeals for the Seventh Circuit, the U.S. Court of Appeals for the Tenth Circuit and the United States Supreme Court; (3) has never been disciplined by any bar; and (4) has not sought  to appear *pro hac vice* in this Court within the last two years.

2

WHEREFORE, good cause having been shown, it is respectfully requested that this Motion be granted.

Respectfully submitted,

/s/ Jonathan R. Tuttle

| | |
|---|---|
| Lorin L. Reisner | Jonathan R. Tuttle (DC Bar No. 438995) |
| DEBEVOISE & PLIMPTON LLP | DEBEVOISE & PLIMPTON LLP |
| 919 Third Avenue | 555 13th Street, N.W. |
| New York, NY  10022-3902 | Washington, DC  20004 |
| Tel:    (212) 909-6000 | Tel:    (202) 383-8000 |
| Fax:   (212) 909-6836 | Fax:   (202) 383-8118 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No.: 07-140 (RMU) |
| ) | |
| BRISTOL-MYERS SQUIBB COMPANY, ) | |
| ) | |
| Defendant. ) | |

**DECLARATION OF LORIN L. REISNER
IN SUPPORT OF *PRO HAC VICE* MOTION**

LORIN L. REISNER, under oath, hereby deposes and says:

1. I am a partner in the law firm of Debevoise & Plimpton LLP ("Debevoise"), resident in the firm's New York office, 919 Third Avenue, New York, New York 10022-3902, Phone: 212-909-6000.

2. I have been admitted to practice and remain in good standing in the following courts: the State of New York, the U.S. District Court for the Southern District of New York, the U.S. District Court for the Eastern District of New York, the U.S. Court of Appeals for the Second Circuit, the U.S. Court of Appeals for the Fourth Circuit, the U.S. Court of Appeals for the Seventh Circuit, the U.S. Court of Appeals for the Tenth Circuit and the United States Supreme Court. I have never been suspended, disciplined or disbarred in any court or jurisdiction.

3. I have not moved for my admission to the U.S. District Court for the District of Columbia within the last two years.

2

4.  I have represented Bristol-Myers Squibb Company during the investigation of this matter by the Antitrust Division of the U.S. Department of Justice and I am familiar with the factual and legal issues in this case.

5.  I have associated myself for all purposes in this case with Jonathan R. Tuttle, a lawyer in the Debevoise Washington, D.C. office, who will continue to advise me concerning the rules of, and practice before, the United States District Court for the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 7, 2007.

*[signature]*
Lorin L. Reisner

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No.: 07-140 (RMU) |
| ) | |
| BRISTOL-MYERS SQUIBB COMPANY, ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING *PRO HAC VICE* ADMISSION OF LORIN L. REISNER**

Upon consideration of the motion for the *pro hac vice* admission of Lorin L. Reisner sponsored by Jonathan R. Tuttle, who is a member in good standing of the Bar of this Court, and the accompanying Declaration of Lorin L. Reisner, it is hereby

ORDERED that the motion is granted and Mr. Reisner is admitted *pro hac vice*.

SO ORDERED

Dated: June ____, 2007

Ricardo M. Urbina
United States District Judge