IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 07-140 |
| | ) | |
| v. | ) | Filed: |
| | ) | |
| BRISTOL-MYERS SQUIBB COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**FILED**
JUN 1 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## WAIVER OF TRIAL BY JURY

With the consent of the Assistant Attorney General, Antitrust Division, United States Department of Justice, and the approval of the Court, the defendant waives its right to trial by jury.

_[signature]_
Defendant

_[signature]_
Counsel for Defendant

I consent:

_[signature]_
Trial Attorney, Antitrust Division

APPROVED:

_[signature]_
RICARDO M. URBINA
United States District Judge

Dated: