IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 07-140 |
| | ) | |
| v. | ) | Filed: |
| | ) | |
| BRISTOL-MYERS SQUIBB COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**FILED**
JUN 1 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## WAIVER OF INDICTMENT

**BRISTOL-MYERS SQUIBB COMPANY**, the above-named defendant, which is accused of:

TWO VIOLATIONS OF 18 U.S.C. § 1001

being advised of the nature of the charges, the proposed information, and its rights, hereby waives in open court on <u>June 11, 2007</u>, prosecution by indictment and consents that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

_____
RICARDO M. URBINA
United States District Judge

Dated: